UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| LINWOOD ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV411-215 |
| | ) | |
| CAROL BRANHAM, AL ST. LAWRENCE, and JUDGE MICHAEL BARKER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Plaintiff filed the above-captioned 42 U.S.C. § 1983 civil rights action against the defendants on August 24, 2011. Doc. 1. The Court granted him leave to proceed *in forma pauperis* ("IFP") but directed him to complete and return both a Prison Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form before the case could proceed. Doc. 3. The order further advised that if he failed to return the forms within thirty days, the Court would presume that he wished to dismiss his complaint without prejudice. Id. at 5.

Plaintiff never returned the required forms. Instead, he tendered a one-page letter explaining, *inter alia*, that he needed "more time" to get

the relevant account paperwork from his jail's cashier. Doc. 4. That was over two months ago. He has communicated with the Court no further. Because plaintiff Rose has failed to comply with this Court's explicit directions, his complaint should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED**, this __2nd__ day of November, 2011.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA